### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| Deborah Wilson Smith,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Medicredit, Inc., a Missouri corporation,<br><br>　　　　Defendant. | Case No.: 5:21-cv-00879-LCB |

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE
### TO RESPOND TO THE PLAINTIFF'S COMPLAINT BY THIRTY (30) DAYS

COMES NOW MediCredit, Inc. ("**MediCredit**") and, pursuant to Rule 6(b) of the *Federal Rules of Civil Procedure*, files this Unopposed Motion to Extend the Deadline to Respond to the Plaintiff's Complaint by Thirty (30) Days on the grounds that follow:

1.　Deborah Wilson Smith (the "**Plaintiff**") filed the instant proceeding on June 28, 2021, and, according to the Court's docket, served a copy of the complaint and summons on MediCredit on July 22, 2021 [ECF Doc. 7].

2.　MediCredit is currently investigating the allegations of the complaint, and the parties to this action are currently negotiating in good faith to resolve this lawsuit if possible.

3.　MediCredit avers that granting it an additional thirty (30) day extension of the deadline to respond to the Plaintiff's complaint may limit the accrual of attorney fees and expenses on all of the parties, making a speedy resolution of this case more likely.

4.　Rule 6(b) of the *Federal Rules of Civil Procedure* empowers this Court to extend the deadline in question for cause.

5.　MediCredit has contacted counsel for the Plaintiff concerning this request for relief. Plaintiff does not oppose the request for an extension for MediCredit to respond.

WHEREFORE, premises considered, MediCredit, Inc. respectfully requests for this Court to enter an Order: (i) pursuant to Rule 6(b) of the *Federal Rules of Civil Procedure,* extending for

a period of thirty (30) days the deadline for it to respond to the Plaintiff's complaint; and (ii) granting such relief as this Court deems just and proper.

Respectfully submitted this the 3rd day of August, 2021.

                                              */s/ Tazewell T. Shepard IV*
                                              Tazewell T. Shepard IV (ASB-6254-I20V)
                                              *Attorney for Defendant MediCredit, Inc.*
                                              **SPARKMAN, SHEPARD & MORRIS, P.C.**
                                              P.O. Box 19045
                                              Huntsville, AL 35804
                                              (256) 512-9924
                                              ty@ssmattorneys.com

## CERTIFICATE OF SERVICE

This is to certify that I have this the 3rd day of August, 2021 served the foregoing document upon David J. Phillips and Mary E. Phillips, *Counsel for the Plaintiff*, Phillips & Phillips, Ltd., 9760 S., Roberts Road, Suite One Palos Hills, IL 60465 and Ronald C. Sykstus, *Counsel for the Plaintiff*, Bond, Botes, Sykstus, Tanner & Ezzell, P.C., 225 Pratt Avenue, Huntsville, AL 35801 by electronic service through the Court's CM/ECF system.

                                              */s/ Tazewell T. Shepard IV*
                                              Tazewell T. Shepard IV